******************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.
******************************************

SANTANDER BANK, N.A. *v.* ELIZABETH A. GODEK
(AC 39007)

Lavine, Mullins and Beach, Js.

Argued May 17—officially released July 18, 2017

(Appeal from Superior Court, judicial district of Hartford, Wahla, J. [judgment]; Robaina, J. [motion to open].)

*Procedural History*

Action to foreclose a mortgage on certain of the defendant's real property, and for other relief, brought to the Superior Court in the judicial district of Hartford, where the court, *Wahla, J.* granted the plaintiff's motion for a judgment of strict foreclosure and rendered judgment of foreclosure by sale; thereafter, the court, *Robaina, J.*, denied the defendant's motion to open the judgment, and the defendant appealed to this court. *Affirmed.*

*Allison E. Murray*, self-represented, the appellant (defendant).

*Christopher J. Picard*, for the appellee (plaintiff).

*Opinion*

PER CURIAM. The self-represented defendant in this residential mortgage foreclosure action, Elizabeth A. Godek (also known as Allison E. Murray), appeals from the judgment of foreclosure by sale rendered against her in favor of the plaintiff, Santander Bank, N.A. On appeal, the defendant appears to raise issues regarding the court's judgment of foreclosure and its denial of her motion to open. We are unable to discern the analysis of the issues raised on appeal. Nothing that the defendant has written in her appellate briefs persuades us of the existence of any error committed by the trial court, much less reversible error.

The judgment is affirmed.